# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## AMENDED CIVIL MOTION HEARING***

|  |  |
|---|---|
| Kylese Perryman, | COURT MINUTES |
|  | BEFORE: Donovan W. Frank |
|  | United States District Judge |
| Plaintiff(s) |  |
|  | Case Number: CV 23-1984 DWF/DTS |
| v. | Date: September 22, 2023 |
|  | Court Reporter: Lori Simpson |
| City of Bloomington, Does 1-10; *individuals that are employees or agents of the Bloomington Police Department*, Detective Andrew Risdall, Hennepin County, Does 11-20; *individuals that are employees or agents of Hennepin County,* | Courthouse: St. Paul |
|  | Courtroom: 7C |
|  | Time Commenced: 11:07 a.m. |
|  | Time Concluded: 12:01 p.m. |
|  | Time in Court: 56 Minutes |
| Defendant(s). |  |

APPEARANCES:

    Plaintiff: Claire Barlow & Molly Given
    Bloomington Defendants: Aaron Bostrom
    Hennepin County Defendants: Sarah McLaren & James Keeler, Jr.***

PROCEEDINGS:

Hearing on: MOTION to Dismiss/General filed by Hennepin County. (McLaren, Sarah) (Doc. No. [9])

**IT IS ORDERED:**

    x **Submitted**
    x Written order forthcoming.

                                                         s/L. Sampson
                                                       Courtroom Deputy