# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

KYLESE PERRYMAN,

        Plaintiff,

v.

CITY OF BLOOMINGTON; DOES 1–10,
individuals that are employees or agents of
the Bloomington Police Department;
DETECTIVE ANDREW RISDALL;
HENNEPIN COUNTY; and DOES 11–20,
individuals that are employees or agents of
Hennepin County,

        Defendants.

**Civ. Case No. 0:23-cv-01984**

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Kylese Perryman and Defendants City of Bloomington and Detective Andrew Risdall (collectively "Parties") hereby provide notice that the Parties have reached a settlement of the claims in this matter. A dismissal of all claims between the Parties will be filed in approximately sixty (60) days, pending completion of settlement paperwork and receipt of funds.

Respectfully submitted,

**CARLTON FIELDS, P.A.**

Dated: April 8, 2026

By: *s/ Molly Jean Given*
Molly Jean Given (MN #0387713)
Claire C. Barlow (MN #0402721)
Julia A. Adamson (MN #0504393)
IDS Center
80 South Eighth Street, Suite 2800
Minneapolis, MN 55402
Tel: (612) 605-9510
Fax: (612) 605-9511
mgiven@carltonfields.com
cbarlow@carltonfields.com
julia.adamson@carltonfields.com

1

Taryn Ryan (MN #0403735)
Nelson Mullins Riley & Scarborough LLP
1600 Utica Avenue South
Suite 600
Minneapolis, MN 55416
(612) 464-7702
taryn.ryan@nelsonmullins.com

Sandra Giannone Ezell (Pro Hac Vice)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1021 East Cary Street, Suite 2120
Richmond, VA 23219
Tel: (804) 533-2900
Fax: (804) 616-4129
Sandra.ezell@nelsonmullins.com

Ian Bratlie (MN #0319454)
Teresa Nelson (MN #0269736)
AMERICAN CIVIL LIBERTIES UNION
OF MINNESOTA
PO Box 14720
Minneapolis, MN 55414
Tel: (651) 645-4097
ibratlie@aclu-mn.org
tnelson@aclu-mn.org

***Attorneys for Plaintiff Kylese Perryman***

s/ *Jason M. Hiveley*
Jason M. Hiveley, #311546
Ashley M. Ramstad, #402446
IVERSON REUVERS
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200
jasonh@iversonlaw.com
ashley@iversonlaw.com

***Attorneys for Defendants***

2

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of Court through the CM/ECF filing system, which will provide electronic notice and an electronic link to the document to all counsel of record.

Dated: April 8, 2026                              *s/ Molly Jean Given*